IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| THE CROMWELL GROUP, INC., a Tennessee Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO: 3:06-1196 |
| CLEAR CHANNEL COMMUNICATIONS, INC., a Texas Corporation, GRIFFIN | ) JUDGE HAYNES ) MAGISTRATE JUDGE ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, by and through the representation of counsel for the parties, whose signatures appear below, that the parties have compromised and settled all matters in controversy between them, and that this case should be, and the same hereby is, DISMISSED WITH PREJUDICE.

ENTERED THIS THE __28th__ DAY OF __August__, 2009.

_____
U.S. DISTRICT JUDGE WILLIAM J.
HAYNES